UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**BRENDA G. SNELL,**         CASE NO.   **3:12-cv-119**

    Plaintiff,         **Judge Timothy S. Black**

   **-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

   **IT IS ORDERED AND ADJUDGED** that the ALJ'S non-disability finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE** and is **REVERSED** and **REMANDED** to the ALJ for an immediate award of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: January 30, 2013         **JOHN P. HEHMAN, CLERK**

                                                    By: *s/ M. Rogers*
                                                    Deputy Clerk